PER CURIAM.
We find no abuse of discretion in the trial court’s denial of the defendants’ motion to transfer venue pursuant to section 47.122, Florida Statutes (1983). Houchins v. Florida East Coast R. Co., 388 So.2d 1287 (Fla. 3d DCA 1980), and cases cited; see Ryder Truck Rental, Inc. v. Ray, 418 So.2d 294 (Fla. 3d DCA 1982), pet. for review denied, 427 So.2d 737 (Fla.1983); Sempe v. Coordinated Caribbean Transport, Inc., 363 So.2d 194 (Fla. 3d DCA 1978), cert. denied, 372 So.2d 467 (Fla.1979); see also Hu v. Crockett, 426 So.2d 1275 (Fla. 1st DCA 1983).
Affirmed.